**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOSEPH BALDWIN**                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:16-cv-00870-KGB**

**BRANDON GRIMES,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations issued by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). Plaintiff Joseph Baldwin has not filed any objection, and the time to file an objection has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice the action pursuant to Local Rule 5.5(c)(2). Pursuant to 28 U.S.C. §1915(a)(3), this Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this the 4th day of May, 2017.

Kristine G. Baker
United States District Judge