# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOSEPH BALDWIN**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:16-cv-00870-KGB**

**BRANDON GRIMES,** *et al*.                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case be hereby dismissed without prejudice.

Dated this the 4th day of May, 2017.

_____
Kristine G. Baker
United States District Judge